**HAINES LAW GROUP, APC**
Paul K. Haines (SBN 248226)
phaines@haineslawgroup.com
Fletcher W. Schmidt (SBN 286462)
fschmidt@haineslawgroup.com
Alexandra R. McIntosh (SBN 320904)
amcintosh@haineslawgroup.com
2155 Campus Drive, Suite 180
El Segundo, California 90245
Tel: (424) 292-2350
Fax: (424) 292-2355
Attorneys for Plaintiff

**SEYFARTH SHAW LLP**
Gerald L. Maatman, Jr.
gmaatman@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, IL 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Timothy L. Hix (SBN 184372)
thix@seyfarth.com
Meagan S. O'Dell (SBN 280086)
modell@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTEO DOMINGUEZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WOODWARD GOVERNOR COMPANY, a Delaware corporation; WOODWARD HRT, INC., a Delaware corporation; and DOES 1 through 100,<br><br>Defendants. | Case No. 2:20-cv-02661-AB-E<br><br>[A*ssigned to the Honorable Judge André Birotte Jr.*]<br><br>**STIPULATION FOR DISMISSAL UNDER RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>State Action Filed: January 6, 2020<br>Removal Date: March 20, 2020 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Aristeo Dominguez ("Plaintiff") and Defendants Woodward Governor Company and Woodward Hrt, Inc. (collectively, "Defendants") ("Plaintiff" and "Defendants" are collectively referred to herein as the "Parties"), through their respective undersigned counsel of record, hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned Action shall be dismissed in its entirety, with Plaintiff's individual claims dismissed with prejudice and the class claims dismissed without prejudice.

IT IS SO STIPULATED.

Dated: March 2, 2021                              **HAINES LAW GROUP, APC**

By: */s/Fletcher W. Schmidt*
Fletcher W. Schmidt
Attorneys for Plaintiff

Dated: March 2, 2021                              **SEYFARTH SHAW LLP**

By: */s/Meagan S. O'Dell*
Gerald L. Maatman
Timothy L. Hix
Meagan S. O'Dell
Attorneys for Defendant

**Attestation of Holographic Signatures**

I, Fletcher W. Schmidt, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 2, 2021                              */s/Fletcher W. Schmidt*
Fletcher W. Schmidt
Attorney for Plaintiff